

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-20-00501-CR

Kevin Arick **O'DELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-19-0000144
Honorable M. Rex Emerson, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on January 27, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2021.

_____
Michael A. Cruz, Clerk of Court